CONSENT TO SUE UNDER
FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by NEURO SOLUTIONS 100, LLC d/b/a NEUROSOLUTIONS 100, NEURODYNAMICS 100, INC., MICHAEL BINGHAM, and MARK KECK, and/or related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiff(s) in this case.

Katherine Frank-Klein
Full Legal Name

*[signature]*
Signature

2/4/26
Date