

NeuroSolutions 100

Dear Kathy,

We are delighted to extend this offer of employment for the position of Chief Operations Officer with NeuroSolutions 100, LLC (Company). Please review this summary of terms and conditions for your anticipated employment with us.

If you accept this offer, your start date will be contingent on receipt of the first payment from the Sioux Tribe which is expected on or before the 15th of March 2023. You will report to the President of the company.

Please find below the terms and conditions of your employment, should you accept this offer letter:

Position. This is a full-time exempt position. While you are employed at this Company, you will not engage in any other employment, consulting or other business activity (whether full-time or part-time) that would create a conflict of interest with the Company. By signing this letter of agreement, you confirm that you have no contractual commitments or other legal obligations that would prohibit you from performing your duties for the Company.

Responsibilities. As COO you will be expected to drive your team to complete the following tasks in timely fashion and provide weekly reporting of your activity to your leadership team:

- Management of the team responsible for completing the entire preauthorization process, assisting in obtaining all necessary information required to submit and following up on preauthorizations in a timely manner.
- End-to-end management of the billing and posting process for all lines of business including revenue cycle management and the medical device
- Management and improvement of the reporting dashboard including potentially identifying a cost-effective alternative.
- Oversight of the onboarding and ongoing monitoring of our clients including the Native American groups that we are contracted with to provide billing and management of the NS100 device. Understanding there may be future devices that will be billed.
- Responsible for becoming the subject matter expert in AdvancedMD.
- Communicates with multiple clients daily including the leadership of key clients like Blackhawk.
- Oversight of the appeals and audit function in the company including meeting turnaround times as requested by various state and federal entities.
- Review monthly bills for accuracy and performance audit for both onshore and offshore teams.
- Expertise in billing according to the state insurance guidelines, including HMO/PPO and Medicare.
- Continue to develop policies and procedures to improve performance of the team and accuracy of the notes for payment in the system.
- Attend and represent the operations team at the weekly leadership and team meetings.

Compensation. The Company will pay K.Frank.Klein Consulting, LLC via 1099 at a rate of $225,000 per year or $18,750 monthly, with a performance-based raise of $25,000 after 6 months in the role of COO, making the annual salary $250,000 or $20,833 monthly. Payment cycles will be at the 1st and 15th of each month.

Equity will be made available in the first six months of employment and future performance bonuses will continue to be part of the overall compensation program.

Hours, Compensation, Work Location. This is a full-time position requiring approximately 40 hours per week. You will work remotely from your home office.

Kathy Frank Klein
Employment Offer Agreement
March 5, 2023
Page 2 of 3

Employment Relationship. Employment with the Company is for no specific period of time. Your employment with the Company will be "at will", meaning that either you or the Company may terminate your employment at any time and for any reason, with or without cause. Any contrary representations that may have be made to you are superseded by this letter agreement. This is the full and complete agreement between you and the Company on this term. Although your job duties, title, compensation and benefits, as well as the Company's personnel policies and procedures, may change from time to time, the "at will" nature of your employment may only be changed in an express written agreement signed by you and a duly authorized officer of the Company (other than you).

Termination. The Company reserves the right to terminate employment of any employee for just cause at any time without notice and without payment in lieu of notice. The Company will be entitled to terminate your employment for any reason other than for just cause, upon providing to you such minimum notice as required by law. Employee agrees to 30-day written notice of resignation to the Company.

Compliance. By accepting the position offered in this letter, you commit to endorsing and striving to also be in full Compliance with all Federal and State laws including the Health Insurance Portability and Accountability Act's (HIPAA) rules and guidelines.

Privacy. You are required to observe and uphold all of the Company's privacy policies and procedures as implemented or varied from time to time. Collection, storage, access to and dissemination of employee personal information will be in accordance with privacy legislation.

**Tax Matters**
Withholding. All forms of compensation referred to in this letter agreement are subject to reduction to reflect applicable withholding and payroll taxes and other deductions required by law.

Tax Advice. You are encouraged to obtain your own tax advice regarding your compensation from the Company. You agree that the Company does not have a duty to design its compensation policies in a manner that minimizes your tax liabilities, and you will not make any claim against the Company or its Board of Directors related to tax liabilities arising from your compensation.

Interpretation, Amendment and Enforcement. This letter agreement supersedes and replaces any prior agreements, representations or understandings (whether written, oral, implied or otherwise) between you and the Company and constitute the complete agreement between you and the Company regarding the subject matter set forth herein. This letter agreement may not be amended or modified, except by an express written agreement signed by both you and a duly authorized officer of the Company.

You may indicate your agreement with these terms and accept this offer by signing and returning this agreement to lfossum@neurosolutions100.com. Upon your acceptance of this employment offer, NeuroSolutions 100, LLC will provide you with the necessary employment paperwork and instructions.

Should you have any questions, please contact Mark Keck at (917) 226-3785

The entire staff joins me in welcoming you to our team at NeuroSolutions 100, LLC.

Kathy Frank Klein
Employment Offer Agreement
March 5, 2023
Page 3 of 3

Sincerely,


Mark Keck, President



**Signatures:**

_____ Applicant (Sign)
Kathy Frank-Klein _____ Applicant (Print)
3/6/23 _____ Date


_____ Company Representative (Sign)
_____ Company Representative (Print)
_____ Date