UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHERINE FRANK-KLEIN

              Plaintiff,           26-cv-0963 (JGK)

      - against -            ORDER

NEURO SOLUTIONS 100, LLC, ET AL.,
              Defendants.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 2, 2026 is **canceled.**

SO ORDERED.
Dated:    New York, New York
          April 23, 2026

                              _____
                                John G. Koeltl
                   United States District Judge