UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHERINE FRANK-KLEIN

                    Plaintiff,                26-cv-0963 (JGK)

          - against -                         ORDER

NEURO SOLUTIONS 100, LLC, ET AL.,
                    Defendants.

---

JOHN G. KOELTL, District Judge:

    As discussed during today's telephone conference, the parties shall submit a status report within **seven days** after the conclusion of the mediation. In that report, the parties shall advise the Court with respect to the schedule for a motion to dismiss. The defendants do not need to request a pre-motion conference before any intended motion to dismiss.

SO ORDERED.
Dated:    New York, New York
          April 23, 2026

                                  _____
                                       John G. Koeltl
                                  United States District Judge