# THE BRICKMAN LAW GROUP

420 LEXINGTON AVENUE, SUITE 2811
NEW YORK, NEW YORK 10170
TELEPHONE: (212) 986-6840

NEAL BRICKMAN*
ETHAN Y. LEONARD **
JASON A. STEWART ***
VIRGINIA A. REILLY* (OF COUNSEL)
JAMES H. NEALE* (OF COUNSEL)

* NY BAR ONLY
** NY AND CT BAR
*** NY AND NJ B

July 1, 2026

Via ECF Only

Honorable John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street – Courtroom 14A
New York, New York 10007-1312
(212) 805-0107

*Time for remaining defendants to respond to the complaint extended to July 22, 2026. So ordered. 7/1/26  JG Koeltl U.S.D.J.*

Re:    *Klein v. Neuro Solutions 100, LLC, et al.,*
        26-CV-00963 (JGK)
        Status Update and Scheduling Request

Dear Judge Koeltl:

I hope that all is well with you and yours. We represent the Defendants in the above-referenced matter. We write today pursuant to the Court's direction as to a status update following the Court-ordered mediation and to make a joint scheduling request.

As an initial matter, on May 14, 2026, Defendant Michael Wayne Bingham filed for bankruptcy under Chapter 7 of the Unites States Bankruptcy Code in the United States Bankruptcy Court in the Western District of North Carolina.

As a secondary matter, the remaining parties appeared in good faith for a mediation on June 17, 2026. Although the mediation that day was unsuccessful, the parties did make significant progress, so the mediation was kept open and the mediator continued to attempt resolution through continued phone contacts. Unfortunately, on June 25, 2026, the remaining parties reached an impasse that could not be brooked.

As a result of issues raised in the course of the preliminary disclosures and in communications between counsel as well as the complications from Defendant Bingham's

bankruptcy filing, the remaining Defendants request, and Plaintiff consents to their request, that they have until July 27, 2026 to answer, move against, or otherwise respond to the Complaint. The Parties note their further agreement that counsel for the remaining Defendants will contact Plaintiff's counsel on or before July 15, 2026 to discuss their intent to move against or answer the Complaint and, if necessary, to agree on a briefing schedule.

We thank the Court for its time and attention in this regard.

Respectfully submitted,

*Ethan Leonard*

Ethan Leonard

Cc:    Brian Greben (Via ECF on consent)